No. 294.    KENT-COFFEY MFG. CO. *v.* MAXWELL, COMMISSIONER OF REVENUE OF NORTH CAROLINA.    Argued January 19, 1934.    Decided January 22, 1934.    *Per Curiam:* This case is controlled by the decision in *Underwood Typewriter Co.* v. *Chamberlain,* 254 U.S. 113, and not by the decision in *Hans Rees' Sons* v. *North Carolina,* 283 U.S. 123. The judgment is affirmed. *Messrs. Mark Squires* and *Samuel J. Ervin, Jr.,* for appellant. *Mr. Dennis G. Brummitt,* Attorney General of North Carolina, with whom *Mr. A. A. F. Seawell,* Assistant Attorney General, was on the brief, for appellee.